KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUN MING,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation,<br><br>   Defendants. | No. C-06-4574-MEJ<br><br>**STIPULATION TO REMAND; AND [PROPOSED] ORDER** |

The plaintiff is a lawful permanent resident of the United States. She filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) and was interviewed by USCIS on that application on October 27, 2005. Her application is pending with USCIS. The Federal Bureau of Investigation (FBI) has now completed its required name check of the plaintiff and the United States Citizenship and Immigration Services is committed to adjudicating the naturalization application promptly and expeditiously after the plaintiff submits her fingerprints to USCIS and updates her naturalization application via an N-14 Form.

1
2
3
4  DATED:  November 3, 2006          Respectfully submitted,
5                                    KEVIN V. RYAN
                                     United States Attorney
6
7
                                            /s/
8                                    EDWARD A. OLSEN
                                     Assistant United States Attorney
9                                    Attorneys for Defendants
10
11
    DATED:  November 3, 2006                /s/
12                                    JUN MING
                                      Pro Se
13
14
15
16    The Clerk of Court shall close the file.
17
18
    DATED:  November 6, 2006         _____
19                                    MARIA-ELENA JAMES
                                      United States Magistrate Judge
20
21
22
23
24
25
26
27
28



STIPULATION TO REMAND; AND [PROPOSED] ORDER
C 06-4574-MEJ                                2